174 A.3d 523

ROBERT D. FERGUSON, KANSA INTERNATIONAL CORPORA-
TION, LTD., BANKRUPTCY ESTATE, MILO FAMILY LIMITED
PARTNERSHIP, IMIPOLEX LLC, AND OMPHALOS, LLC,
PLAINTIFFS-RESPONDENTS, v. TRAVELERS INDEMNITY
COMPANY, DEFENDANT-PETITIONER, AND EXECUTIVE
RISK SPECIALTY INSURANCE COMPANY, DEFENDANT.

C–135 September Term 2017
079243

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000028–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.